UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABU DHABI INVESTMENT
AUTHORITY,

                Plaintiff,

        -v-

MYLAN N.V., *et al.*,

                Defendants.

20-CV-1342 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On March 30, 2020, this Court entered a stipulation and order staying Defendants time to answer pending this Court's decision on Defendants' motion to dismiss the Third Amended Complaint in the related Class Action.  (Dkt. No. 18.)  This Court issued an opinion and order resolving that motion on April 6, 2020.  (No. 16 Civ. 7926, Dkt. No. 140.)  While the stipulation and order indicated that the parties would meet and confer within 15 days of the issuance of this Court's opinion in the Class Action and propose a schedule for further proceedings in this action (Dkt. No. 18), there has been no such communication with the Court.

    Accordingly, the parties are directed to file a proposed schedule for further proceedings in this action on or before June 19, 2020.

    SO ORDERED.

Dated: June 5, 2020
       New York, New York

                                            _____
                                                J. PAUL OETKEN
                                             United States District Judge