**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABU DHABI INVESTMENT AUTHORITY,<br><br>                              Plaintiff,<br><br>         v.<br><br>MYLAN N.V. and MYLAN INC.,<br><br>                              Defendants. | No. 1:20-cv-01342 (JPO) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Complaint [ECF No. 1], a copy of which is annexed hereto, the accompanying Memorandum of Law in Support of Defendants' Partial Motion to Dismiss and all prior proceedings herein, Defendants Mylan N.V. and Mylan Inc. hereby move this Court, before the Honorable J. Paul Oetken, United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) partially dismissing the Complaint as to all defendants to the extent set forth in the Conclusion to the Memorandum of Law and granting such other and further relief as this Court deems just and proper.

June 26, 2020

                                                                        CRAVATH, SWAINE & MOORE LLP,

                                        by

                                                                */s/ David R. Marriott*
                                                                    David R. Marriott
                                                                  Kevin J. Orsini
                                                                   Rory A. Leraris
                                                              Members of the Firm

                                                    Worldwide Plaza
                                                      825 Eighth Avenue
                                                      New York, NY 10019
                                                         (212) 474-1000
                                                              dmarriott@cravath.com
                                                                 korsini@cravath.com
                                                                rleraris@cravath.com

                                       *Attorneys for Defendants*

TO ALL COUNSEL OF RECORD