UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |
| MYL Litigation Recovery I LLC. <br><br> vs. <br><br> Mylan N.V., *et al.* | Case No. 1:19-CV-01799 (JPO) |
| Abu Dhabi Investment Authority <br><br> vs. <br><br> Mylan N.V., *et al.* | Case No. 1:20-cv-01342 (JPO) |

## STIPULATION AND ORDER

WHEREAS, the above-captioned class action (the "Class Action"), *In re Mylan N.V. Securities Litigation* (No. 1:16-CV-07926-JPO), is substantially related to the above-captioned individual actions (the "Individual Actions"), *Abu Dhabi Investment Authority v. Mylan N.V. et al.* (No. 1:20-cv-01342-JPO) ("*ADIA*") and *MYL Litigation Recovery I LLC. v. Mylan N.V. et al.* (No. 1:19-CV-01799-JPO) ("*MYL Litigation Recovery*" and, together with the Class Action and *ADIA*, the "Related Actions");

WHEREAS, on July 17, 2020, this Court entered a Scheduling Order (Class Action ECF No. 149) and coordination order in the Related Actions (Class Action ECF No. 150);

WHEREAS, the parties appeared before this Court on September 21, 2020 regarding certain discovery disputes;

WHEREAS, this Court resolved a number of outstanding discovery disputes during the September 21, 2020 hearing;

WHEREAS, the parties in the Related Actions have continued to meet and confer regarding the proper scope of discovery in the Related Actions and have reached agreement on a search protocol for the Defendants' electronic document searches;

WHEREAS, Defendants have requested additional time to complete their production of documents pursuant to the agreed search protocol;

WHEREAS, Defendants have continued to produce documents in the Related Actions on a rolling basis; and

WHEREAS, in light of the Court's rulings at the September 21, 2020 hearing and the expanded scope of discovery in the Related Actions, the parties have met and conferred and agreed on a modified proposed schedule to govern the Related Actions.

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that the schedule in the Related Actions shall be amended as follows:

|  | Existing Deadline | New Deadline |
|---|---|---|
| Completion of Document Production | October 30, 2020 | January 13, 2021 |
| Close of All Remaining Fact Discovery | January 29, 2021 | April 12, 2021 |
| Initial Expert Disclosures | February 26, 2021 | April 26, 2021 |
| Rebuttal Expert Reports | March 26, 2021 | May 24, 2021 |
| Close of Expert Discovery | April 30, 2021 | June 21, 2021 |
| Dispositive Motions | May 28, 2021 | July 19, 2021 |

The parties agree that they will not seek a further extension of the schedule concerning the production of documents absent good cause.

STIPULATED AND AGREED TO BY:

Dated: October 20, 2020

| **POMERANTZ LLP** | **CRAVATH, SWAINE & MOORE LLP** |
|---|---|
| by */s/ Jeremy A. Lieberman*<br>Jeremy A. Lieberman<br>Austin P. Van<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Tel: (212) 661-1100<br>jalieberman@pomlaw.com<br>avan@pomlaw.com<br><br>*Lead Counsel for Lead Plaintiffs* | by */s/ David R. Marriott*<br>David R. Marriott<br>Kevin J. Orsini<br>Rory A. Leraris<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: (212) 474-1000<br>dmarriott@cravath.com<br>korsini@cravath.com<br>rleraris@cravath.com<br><br>*Counsel for Defendants* |

| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **ROLNICK KRAMER SADIGHI LLP** |
| by */s/ Luke O. Brooks*<br>Luke O. Brooks<br>Angel P. Lau<br>Erika Oliver<br>Ting H. Liu<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone: (619) 231-1058<br>lukeb@rgrdlaw.com<br>alau@rgrdlaw.com<br>eoliver@rgrdlaw.com<br>tliu@rgrdlaw.com<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Samuel H. Rudman<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: (631) 367-7100<br>srudman@rgrdlaw.com<br><br>*Counsel for Abu Dhabi Investment Authority* | by */s/ Lawrence M. Rolnick*<br>Lawrence M. Rolnick<br>Marc B. Kramer<br>Michael J. Hampson<br>Jennifer A. Randolph<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel:  (212) 597-2800<br>lrolnick@rksllp.com<br>mkramer@rksllp.com<br>mhampson@rksllp.com<br>jrandolph@rksllp.com<br><br>*Counsel for MYL Litigation Recovery I LLC* |

SO ORDERED.

Dated:  October 21, 2020
           New York, New York

_____
J. PAUL OETKEN
United States District Judge