UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |
| MYL Litigation Recovery I LLC,<br><br>v.<br><br>Mylan N.V., *et al.* | Case No. 1:19-CV-01799 (JPO) |
| Abu Dhabi Investment Authority,<br><br>v.<br><br>Mylan N.V., *et al.* | Case No. 1:20-CV-01342 (JPO) |

**JOINT STIPULATION AND ORDER REGARDING DEPOSITIONS OF UNAVAILABLE INDIVIDUALS**

WHEREAS, on October 22, 2020, this Court entered a Scheduling Order (Class Action ECF No. 178) pursuant to which fact discovery closes in the above-captioned actions (the "Related Actions") on April 12, 2021 and dispositive motions are due on July 19, 2021;

WHEREAS, on December 8, 2020, the Class Representatives served Defendants, through their undersigned counsel, a Notice of Depositions Pursuant to Fed. R. Civ. P. 26 & 30, pursuant to which the Class Representatives noticed the deposition of an individual who is currently unavailable ("Unavailable Individual 1") due to a request by the Department of Justice ("DOJ"), an intervenor in the Related Actions, that Plaintiffs delay his deposition because of the matters pending under the captions *U.S. v. Teva Pharmaceuticals USA, Inc., et al.*, No. 20-CR-00200-RBS

1

(E.D. Pa.), and *U.S. v. Aprahamian*, No. 20-CR-00064-RBS (E.D. Pa.), and another individual who is currently unavailable due to illness ("Unavailable Individual 2");

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel, as follows:

1. The deadline for fact discovery shall be extended only to permit the depositions of the Unavailable Individuals after April 12, 2021.

2. If Plaintiffs want to depose Unavailable Individual 1 before the DOJ agrees that that deposition may proceed, or to depose Unavailable Individual 2 before Defendants agree that that deposition may proceed, Plaintiffs must first file a letter motion with the Court seeking a conference to resolve the dispute.

3. If any such deposition occurs after any party files a motion in support of, or in opposition to, summary judgment, then prior to the Court's ruling on such motion, any party may make a supplemental filing not to exceed five (5) pages addressing the deposition.

STIPULATED AND AGREED TO BY:

Dated: April 7, 2021

| **POMERANTZ LLP** | **CRAVATH, SWAINE & MOORE LLP** |
|---|---|
| by   *s/ Jeremy A. Lieberman*<br>       Jeremy A. Lieberman<br>       Austin P. Van<br>       600 Third Avenue, 20th Floor<br>       New York, New York 10016<br>       Tel:  (212) 661-1100<br>       jalieberman@pomlaw.com<br>       avan@pomlaw.com<br><br>       *Class Counsel* | by   *s/ David R. Marriott*<br>       David R. Marriott<br>       Kevin J. Orsini<br>       Rory A. Leraris<br>       Worldwide Plaza<br>       825 Eighth Avenue<br>       New York, NY 10019<br>       Tel:  (212) 474-1000<br>       dmarriott@cravath.com<br>       korsini@cravath.com<br>       rleraris@cravath.com<br><br>       *Counsel for Defendants* |

<table>
<tr><td>

**ROBBINS GELLER RUDMAN & DOWD LLP**

by  *s/ Matthew Alpert*
    Luke O. Brooks
    Angel P. Lau
    Erika Oliver
    Ting H. Liu
    Matthew Alpert
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: (619) 231-1058
    lukeb@rgrdlaw.com
    alau@rgrdlaw.com
    eoliver@rgrdlaw.com
    tliu@rgrdlaw.com
    malpert@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
srudman@rgrdlaw.com

*Counsel for Abu Dhabi Investment Authority*

</td><td>

**ROLNICK KRAMER SADIGHI LLP**

by  *s/ Michael J. Hampson*
    Lawrence M. Rolnick
    Marc B. Kramer
    Michael J. Hampson
    Jennifer A. Randolph
    1251 Avenue of the Americas
    New York, NY 10020
    Tel: (212) 597-2800
    lrolnick@rksllp.com
    mkramer@rksllp.com
    mhampson@rksllp.com
    jrandolph@rksllp.com

*Counsel for MYL Litigation Recovery I LLC*

</td></tr>
</table>

SO ORDERED.

Dated: April 7, 2021

    New York, New York

_____
J. PAUL OETKEN
United States District Judge