UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |
| MYL Litigation Recovery I LLC, <br><br> v. <br><br> Mylan N.V., *et al.* | Case No. 1:19-CV-01799 (JPO) |
| Abu Dhabi Investment Authority, <br><br> v. <br><br> Mylan N.V., *et al.* | Case No. 1:20-CV-01342 (JPO) |

## STIPULATION AND ORDER

WHEREAS, on July 17, 2020, this Court entered a Scheduling Order (Class Action ECF No. 149) and coordination order (Class Action ECF No. 150) in the above-captioned actions *In re Mylan N.V. Securities Litigation* (No. 1:16-CV-07926-JPO) (the "Class Action"), *Abu Dhabi Investment Authority v. Mylan N.V. et al.* (No. 1:20-cv-01342-JPO) ("*ADIA*") and MYL Litigation Recovery I LLC. v. Mylan N.V. et al. (No. 1:19-CV-01799-JPO) ("*MYL Litigation Recovery*" and, together with the Class Action and *ADIA*, the "Related Actions");

WHEREAS, on October 22, 2020, this Court entered a Scheduling Order (Class Action ECF No. 178) pursuant to which fact discovery closes in the above-captioned actions on April 12, 2021, initial expert disclosures are due on April 26, 2021, rebuttal expert reports are due on May

1

24, 2021, the close of expert discovery is set for June 21, 2021, and dispositive motions are due on July 19, 2021;

WHEREAS, on March 30, 2021, Defendants in the *ADIA* action filed a letter motion regarding a dispute with Plaintiff in that action (*ADIA* ECF No. 58);

WHEREAS, on March 31, 2021, Plaintiff in the *ADIA* action filed a letter motion regarding a dispute with Defendants in that action (*ADIA* ECF No. 63, and together with *ADIA* ECF No. 58, the "*ADIA* Letter Motions");

WHEREAS, in an effort to resolve some of the disputes addressed in the *ADIA* Letter Motions, and in light of the coordinated schedule, the parties in the Related Actions have met and conferred and agreed on a modified proposed schedule to govern the Related Actions;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel, that the schedule in the Related Actions shall be amended as follows:

|  | Existing Deadline | New Deadline |
|---|---|---|
| Initial Expert Disclosures | April 26, 2021 | May 3, 2021 |
| Rebuttal Expert Reports | May 24, 2021 | June 7, 2021 |
| Close of Expert Discovery | June 21, 2021 | June 28, 2021 |

The close of fact discovery will remain unchanged and the deadline for dispositive motions will remain unchanged. The parties agree that they will not seek a further extension of the schedule concerning the production of documents absent good cause.

STIPULATED AND AGREED TO BY:

Dated:  April 6, 2021

| | |
|---|---|
| **POMERANTZ LLP**<br><br>by  *s/ Jeremy A. Lieberman*<br>    Jeremy A. Lieberman<br>    Austin P. Van<br>    600 Third Avenue, 20th Floor<br>    New York, New York 10016<br>    Tel:  (212) 661-1100<br>    jalieberman@pomlaw.com<br>    avan@pomlaw.com<br><br>*Class Counsel* | **CRAVATH, SWAINE & MOORE LLP**<br><br>by  *s/ David R. Marriott*<br>    David R. Marriott<br>    Kevin J. Orsini<br>    Rory A. Leraris<br>    Worldwide Plaza<br>    825 Eighth Avenue<br>    New York, NY 10019<br>    Tel:  (212) 474-1000<br>    dmarriott@cravath.com<br>    korsini@cravath.com<br>    rleraris@cravath.com<br><br>*Counsel for Defendants* |
| **ROBBINS GELLER RUDMAN & DOWD LLP**<br><br>by  *s/ Matthew Alpert*<br>    Luke O. Brooks<br>    Matthew Alpert<br>    Angel P. Lau<br>    Erika Oliver<br>    Ting H. Liu<br>    655 West Broadway, Suite 1900<br>    San Diego, CA  92101<br>    Telephone: (619) 231-1058<br>    lukeb@rgrdlaw.com<br>    malpert@rgrdlaw.com<br>    alau@rgrdlaw.com<br>    eoliver@rgrdlaw.com<br>    tliu@rgrdlaw.com<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Samuel H. Rudman<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: (631) 367-7100<br>srudman@rgrdlaw.com<br><br>*Counsel for Abu Dhabi Investment Authority* | **ROLNICK KRAMER SADIGHI LLP**<br><br>by  *s/ Michael J. Hampson*<br>    Lawrence M. Rolnick<br>    Marc B. Kramer<br>    Michael J. Hampson<br>    Jennifer A. Randolph<br>    1251 Avenue of the Americas<br>    New York, NY 10020<br>    Tel:  (212) 597-2800<br>    lrolnick@rksllp.com<br>    mkramer@rksllp.com<br>    mhampson@rksllp.com<br>    jrandolph@rksllp.com<br><br>*Counsel for MYL Litigation Recovery I LLC* |

SO ORDERED.
Dated: April 7, 2021

    New York, New York

                                             J. PAUL OETKEN
                                      United States District Judge