

## DICELLO LEVITT

4747 EXECUTIVE DRIVE   SUITE 210   SAN DIEGO, CALIFORNIA 92121

Steven M. Jodlowski
stevej@dicellolevitt.com
Tel.: (619) 756-1054

March 24, 2026

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY10007

     Re:    *Abu Dhabi Investment Authority v. Mylan N.V. et al.*, No. 1:20-cv-01342-JPO

Dear Judge Oetken:

As requested by Your Honor, we write jointly on behalf of plaintiff Abu Dhabi Investment Authority and defendants Mylan N.V. and Mylan Inc. to jointly apprise the Court of the status of the above-referenced litigation. The parties have resolved the case and will file a stipulation of dismissal within 30 days. As such, we request that the Court not rule on the pending motion for summary judgment.

Please let us know if you have any additional questions.

Respectfully submitted,

<u>*/s/ Kevin J. Orsini* (with permission)</u>
KEVIN J. ORSINI

Cravath, Swaine & Moore LLP
Two Manhattan West
New York, NY  10001
korsini@cravath.com

<u>*/s/ Steven M. Jodlowski*</u>
STEVEN M. JODLOWSKI

DiCello Levitt LLP
4747 Executive Dr., Suite 240
San Diego, CA  92121
stevej@dicellolevitt.com